UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RICHARD W. SEEKMAN, JR. and ) | Case No. 18-33575 |
| TAMMY J. SEEKMAN ) | Chapter 13 |
| ) | |
| Debtors ) | Judge Fulton |
| _____) | |

## **ORDER**

The Court having reviewed the objection of the debtors herein, Richard W. Seekman, Jr. and Tammy J. Seekman (hereinafter, the "Debtors"), to Claim #9, which was filed on behalf of Fifth Third Bank as a secured claim, on the grounds that the collateral securing Fifth Third Bank's claim was surrendered before Fifth Third Bank's claim was filed and that no claim for an unsecured deficiency balance was made within 120 days of the Order of Confirmation, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** the objection to claim is **SUSTAINED**; Fifth Third Bank's Claim #9 is **DISALLOWED** for failure to comply with Local Rule 3001-1(c)(2).

_Thomas H. Fulton_
Thomas H. Fulton
United States Bankruptcy Judge

Dated: January 22, 2020

Tendered By:

/s/ *Gordon A. Rowe, Jr.*
Julie Ann O'Bryan
Gordon A. Rowe, Jr.
O'Bryan Law Offices
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
502-339-0222
KBA#82226
e-mail:gordon@obryanlawoffices.com