UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case Number: 18-33575 |
| | } |
| Richard W. Seekman, Jr. | } |
| Tammy J. Seekman | } |
| | } Chapter 13 |
| | } |
| **Debtors** | } |

**ORDER**

This matter comes before the Court on the Motion of the Debtors, by Counsel, to suspend the Debtors' plan payments to the Chapter 13 Trustee and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtors' plan payments be suspended for the month of August 2021.

A copy of this Order is mailed to the Debtors, Counsel for Debtors, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

Benjamin A. Dennison
Julie Ann O'Bryan
Counsel for Debtors
O'Bryan Law Offices, PSC
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
502-339-0222
ben@obryanlawoffices.com

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 25, 2021