## UNITED STATES BANKRUPTCY COURT
### FOR THE
### WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case Number:  18-33575 |
| | } | |
| Richard W. Seekman, Jr. | } | |
| Tammy J. Seekman | } | |
| | } | Chapter 13 |
| | } | |
| **Debtors** | } | |

### ORDER

This matter, having come before the Court upon the Motion of the Debtors, by Counsel, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED THAT** the Debtors' motion is **GRANTED**; Debtors' plan payments shall be modified to increase the Debtors' payment from $3,440.00 each month to $3,590.00 each month beginning in September 2021. The dividend paid to unsecured creditors shall remain one hundred percent (100%). The duration of the plan shall remain sixty (60) months. Any current plan arrearage shall be deemed cured.

A copy of this Order will be mailed to the Debtors, Counsel for Debtors, the Trustee, and to all creditors and parties in interest.

Submitted by:

Benjamin A. Dennison
Julie Ann O'Bryan
Counsel for Debtors
O'Bryan Law Offices, PSC
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
502-339-0222
ben@obryanlawoffices.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  September 15, 2021